# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GIGI KAY JENNINGS**                                    **PLAINTIFF**

**v.**                    **Case No. 4:25-cv-00455-LPR**

**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 16). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and Judgment will be entered for the Commissioner in this case.[2]

DATED this 10th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The Court additionally finds that, to the extent Plaintiff's arguments are premised on Dr. Humphries's more restrictive opinions as to Plaintiff's handling and fingering limitations, Plaintiff has failed to demonstrate prejudicial error. According to the *Dictionary of Occupational Titles*, none of the six jobs identified by the ALJ require more than frequent handling and fingering. Thus, Dr. Humphries's opinions have no bearing on the ALJ's Step Five conclusion that Plaintiff can perform these jobs.

[2] Technical changes have been made compared to the RD with respect to the disposition of this case.